UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT J. MILLS,<br><br>    Plaintiff,<br><br>  v.<br><br>WAL-MART ASSOCIATES, INC.,<br><br>    Defendant. | Case No. 1:23-cv-01273-ADA-CDB<br><br>ORDER ON STIPULATION EXTENDING TIME TO RESPOND TO SECOND AMENDED COMPLAINT<br><br>(Doc. 20) |

  On October 2, 2023, Plaintiff Robert J. Mills filed his Second Amended Complaint. (Doc. 15). Pending before the Court is Defendant's stipulated request to extend the deadline to respond to Plaintiff's Second Amended Complaint. (Doc. 20). In light of the stipulation and good cause appearing, it is HEREBY ORDERED that Defendant's deadline to file a response to the Second Amended Complaint be extended from October 23, 2023, to no later than **November 1, 2023**.

IT IS SO ORDERED.

Dated:  **October 20, 2023**        _____
                      UNITED STATES MAGISTRATE JUDGE