UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT J. MILLS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WAL-MART ASSOCIATES, INC.<br><br>　　　　　Defendant. | Case No. 1:23-cv-01273-ADA-CDB<br><br>ORDER ON SECOND STIPULATION EXTENDING TIME TO RESPOND TO SECOND AMENDED COMPLAINT<br><br>(Doc. 23)<br><br>ORDER RESETTING SCHEDULING CONFERENCE |

On April 24, 2023, Plaintiffs Jesus Carmona and Robert J. Mills filed a complaint against Defendant Wal-Mart Associates, Inc. ("Defendant") in Kern County Superior Court. (Doc. 1).[1] On July 7, 2023, Plaintiff filed a first amended complaint. *Id*. Defendant removed the action to this Court on August 23, 2023. *Id*.

Following removal, on October 2, 2023, Plaintiff filed a second amended complaint. (Doc. 15). On October 20, 2023, the Court extended Defendant's time to respond to the second amended complaint to November 1, 2023. (Doc. 22).

Pending before the Court is the parties' second joint stipulation to extend Defendant's time to respond to Plaintiff's second amended complaint by two weeks. (Doc. 23). In their stipulation, the parties represent such extension is warranted to narrow any issues related to Defendant's contemplated motions to dismiss and to strike and to determine whether

---

[1] Plaintiff Jesus Carmona has been dismissed from this case on October 19, 2023. (Doc. 21).

1  consolidation is necessary. *Id.* at 2.

2  Based on the parties' representations in the stipulation and for good cause shown, IT IS
3  HEREBY ORDERED that Defendant shall have until November 15, 2023, to respond to the
4  second amended complaint.

5  IT IS FURTHER ORDERED, in order to permit the pleadings to settle and facilitate
6  the parties' preparations for and filing of a joint report in advance of the scheduling conference
7  (*see* Doc. 3), the scheduling conference is reset for December 15, 2023, at 10:00AM.

8  IT IS SO ORDERED.

9  Dated:   **November 1, 2023**          _____
10                                         UNITED STATES MAGISTRATE JUDGE