1
2
3
4
5
6
7

8
UNITED STATES DISTRICT COURT

9
EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11 ROBERT J. MILLS, | Case No. 1:23-cv-01273-JLT-CDB |
| 12           Plaintiff, | ORDER ON STIPULATION AMENDING SCHEDULING ORDER AS MODIFIED |
| 13       v. | |
| 14 WAL-MART ASSOCIATES, INC., | (Doc. 48) |
| 15           Defendants. | |

17     On April 24, 2023, Plaintiff Robert J. Mills initiated this action with the filing of a
18 complaint in state court against Defendant Wall-Mart Associates, Inc. (Doc. 1). Following
19 Plaintiff's filing of a first amended complaint, on August 23, 2023, Defendant removed the
20 action to this Court. *Id.* Following Plaintiff's filing in this Court of the operative second
21 amended complaint, the Court convened with the parties for scheduling conference and, on
22 December 15, 2023, the Court issued its scheduling order. (Doc. 33).
23     On January 3, 2024, the Court issued an order relating this case, pursuant to Local Rule
24 123, to *Galanski v. Wal-Mart Associates, Inc.*, Case No. 1:23-cv-1270-JLT-CDB. (Doc. 36). On
25 May 16, 2024, the parties attended a discovery dispute conference before the Court (Doc. 41),
26 after which, on May 24, 2024, the Court issued an order regarding the discovery disputes. (Doc.
27 42).
28

Pending before the Court is the parties' stipulated request for order extending by 150 days all discovery deadlines due to an upcoming private mediation on October 21, 2024. (Doc. 48 at 2-4). In a supporting declaration, counsel attests to the parties' meet and confer efforts and to details concerning the scheduled mediation. (Doc. 48-1).

While the Court agrees that good cause exists to extend case management dates to facilitate the scheduled mediation and conserve party and Court resources, the Court does not find good cause to grant a five-month extension, as requested.

In light of the parties' representations in the stipulation (Doc. 48) and declaration (Doc. 48-2), and for good cause shown, it is HEREBY ORDERED that the scheduling order is amended as follows:

| | |
|---|---|
| **Non-expert discovery** | February 18, 2025 |
| **Expert disclosure** | February 28, 2025 |
| **Rebuttal disclosure** | March 28, 2025 |
| **Expert Discovery Cut-Off** | April 25, 2025 |
| **Filing of non-dispositive motions** | May 2 2025 |
| **Hearing of non-dispositive motions** | June 4, 2025 |
| **Filing of dispositive motions** | June 18, 2025 |
| **Hearing of dispositive motions** | July 30, 2025 |
| **Pre-trial conference** | January 5, 2026 |
| **Trial** | March 3, 2026 |

IT IS SO ORDERED.

Dated:   **August 23, 2024**                    _____
                                                UNITED STATES MAGISTRATE JUDGE