**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERT MILLS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WAL-MART ASSOCIATES, INC., et al.,<br><br>　　　　Defendants. | Case No.: 1:23-cv-01273 JLT CDB<br><br>ORDER APPROVING THE JOINT STIPULATION AND REMANDING THE ACTION TO KERN COUNTY SUPERIOR COURT<br><br>(Doc. 50) |

　　　　Robert Mills initiated this action against Wal-Mart Associates, Inc. by filing a complaint in Kern County Superior Court, Case No. BCV-23-101252.  On January 22, 2025, the parties filed a joint stipulation to remand the matter to Kern County Superior Court.  (Doc. 50 at 3.)  In addition, the parties agree: "each party [is] to bear its own fees and costs with respect to the removal and subsequent remand."  (*Id.*)  Based upon the stipulation and good cause appearing, the Court **ORDERS**:

　　　　1.　　The Joint Stipulation to Remand Case to State Court (Doc. 50) is **APPROVED**.

　　　　2.　　The action is **REMANDED** to Kern County Superior Court.

　　　　3.　　Each party **SHALL** bear its own fees and costs with respect to the removal and subsequent remand.

///

///

///

1

4. The Clerk of Court shall mail a certified copy of this order to Kern County Superior Court.

IT IS SO ORDERED.

Dated: __**January 23, 2025**__　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

2